[No. 46381-1-I.   Division One.   April 23, 2001.]

NANCY JO SMITH, *Appellant*, v. OTIS ELEVATOR COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-14583-6, Peter D. Jarvis, J., entered March 3, 2000. *Reversed* by unpublished per curiam opinion.

[No. 46444-2-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. AMY CORNSWEET, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02659-1, Ann Schindler, J., entered April 10, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46478-7-I.   Division One.   April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY LEE ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-09521-5, Patricia H. Aitken, J., entered March 27, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46547-3-I.   Division One.   April 23, 2001.]

DEANNA S. FULTON, ET AL., *Respondents*, v. ERP OPERATING LIMITED PARTNERSHIP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-08565-5, Peter D. Jarvis, J., entered April 14, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.